# EXHIBIT 1

EXHIBIT 1