

# If You Owe More Than $10,000 to the IRS, You May Qualify for an IRS Hardship Program

**Read More**

Our Experienced IRS Tax Professionals Can Help You Immediately With:

# How We Work



### Consultation

A member of our team will get into contact with you. They'll conduct an analysis of your circumstance and advise you of your best options free of charge.



### Protection

Our first progressive maneuver would be to file a "Stay of Enforcement," blocking the IRS from seizing your bank accounts or assets. Protection for you instantly.



### Investigation

Upon our analysis we can utilize our resources and seek out options that can save you the most money. An investigation will be completed and a favorable resolution will be given to you.



### resolution

Our goal is to save you tens of thousands of dollars with the help of our experienced team, resources, and programs. With us your fresh start is our priority.