David R. Welch, Esq. (SBN 251693)
Seungjai Oh, Esq. (SBN 333996)
**ENSO LAW, L.L.P.**
500 S. Grand Ave., Ste. 1800
Los Angeles, CA 90071
Tel: (213) 314-0214
Email: litigation@enso.law
Attorneys for Plaintiff SAFEWAY TAX RELIEF, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SAFEWAY TAX RELIEF, INC., a California corporation, <br><br> Plaintiff, <br> vs. <br><br> AMAR OTHMAN, an individual; and AFJP SERVICES CORP., a California corporation, <br><br> Defendants. | Case No.: SACV 23-01591-KK (DFMx) <br><br> [*Hon. Kenly Kiya Kato, Courtroom 3*] <br><br> **NOTICE OF SETTLEMENT** <br><br> Action Filed: August 23, 2023 <br> Trial: June 16, 2025 |

1
NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 30, 2024, Plaintiff SAFEWAY TAX RELIEF, INC. ("Plaintiff") and Defendants AMAR OTHMAN and AFJP SERVICES CORP. ("Defendants") have settled all claims related to this action by executing a settlement agreement (the "Settlement Agreement").

Plaintiff will file a Request for Dismissal with prejudice if and only if Defendants fully perform all obligations pursuant to the Settlement Agreement.

Defendants' deadline to perform all obligations is July 1, 2024.

Plaintiff respectfully requests the Court to retain jurisdiction over this action until August 1, 2024, allowing a grace period for Defendants to cure any breach of the Settlement Agreement (if any).

DATED: April 9, 2024                      **ENSO LAW, L.L.P.**

                                          */s/ Seungjai Oh*
                                          David R. Welch, Esq.
                                          Seungjai Oh, Esq.
                                          Attorneys for Plaintiff
                                          SAFEWAY TAX RELIEF, INC.