David R. Welch, Esq. (SBN 251693)
Seungjai Oh, Esq. (SBN 333996)
**ENSO LAW, L.L.P.**
600 Wilshire Blvd., Ste. 890
Los Angeles, CA 90017
Tel: (213) 314-0214
Email: litigation@enso.law
Attorneys for Plaintiff SAFEWAY TAX RELIEF, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SAFEWAY TAX RELIEF, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AMAR OTHMAN, an individual; and AFJP SERVICES CORP., a California corporation,<br><br>　　　　　　Defendants. | Case No.: SACV 23-01591-KK (DFMx)<br><br>[*Hon. Kenly Kiya Kato, Courtroom 3*]<br><br>**STIPULATION OF DISMISSAL**<br><br>Action Filed:　August 23, 2023<br>Trial:　　　　　Vacated |

---

1

**STIPULATION OF DISMISSAL**

Plaintiff SAFEWAY TAX RELIEF, INC. ("Plaintiff") and Defendants AMAR OTHMAN and AFJP SERVICES CORP. ("Defendants") (collectively, the "Parties"), through their respective undersigned counsel, hereby stipulate as follows:

**WHEREAS,** on April 10, 2024, the Court ordered: "No later than August 1, 2024, the parties shall file either (1) a Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii); (2) a Stipulation for an Order of Dismissal under Fed. R. Civ. P. 41(a)(2); or (3) a motion to reopen." (ECF No. 36.)

**WHEREAS** Defendants performed their obligations pursuant to the Parties' settlement agreement.

**IT IS HEREBY STIPULATED** by and between the Parties, through their respective undersigned counsel:

1. The Parties request voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED**.

DATED:                               **ENSO LAW, L.L.P.**

                                              _____
                                              David R. Welch, Esq.
                                              Seungjai Oh, Esq.
                                              *Attorneys for Plaintiff*
                                              SAFEWAY TAX RELIEF, INC.

DATED: 5/14/24                 **LAW OFFICES OF PETER J. PORTER**

                                              */s/ Peter J. Porter*
                                              _____
                                              Peter J. Porter, Esq.
                                              *Attorneys for Defendants*
                                              AMAR OTHMAN
                                              AFJP SERVICES CORP.