David R. Welch, Esq. (SBN 251693)
Seungjai Oh, Esq. (SBN 333996)
**ENSO LAW, L.L.P.**
600 Wilshire Blvd., Ste. 890
Los Angeles, CA 90017
Tel: (213) 314-0214
Email: litigation@enso.law
Attorneys for Plaintiff SAFEWAY TAX RELIEF, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SAFEWAY TAX RELIEF, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAR OTHMAN, an individual; and AFJP SERVICES CORP., a California corporation,<br><br>Defendants. | Case No.: SACV 23-01591-KK (DFMx)<br><br>*[Hon. Kenly Kiya Kato, Courtroom 3]*<br><br>**STIPULATION OF DISMISSAL**<br><br>Action Filed:    August 23, 2023<br>Trial:                Vacated |

1    Plaintiff SAFEWAY TAX RELIEF, INC. ("Plaintiff") and Defendants

2    AMAR OTHMAN and AFJP SERVICES CORP. ("Defendants") (collectively,

3    the "Parties"), through their respective undersigned counsel, hereby stipulate as

4    follows:

5        **WHEREAS**, on April 10, 2024, the Court ordered: "No later than August

6    1, 2024, the parties shall file either (1) a Stipulation of Dismissal under Fed. R.

7    Civ. P. 41(a)(1)(A)(ii); (2) a Stipulation for an Order of Dismissal under Fed. R.

8    Civ. P. 41(a)(2); or (3) a motion to reopen." (ECF No. 36.)

9        **WHEREAS** Defendants performed their obligations pursuant to the

10   Parties' settlement agreement.

11       **IT IS HEREBY STIPULATED** by and between the Parties, through their

12   respective undersigned counsel:

13       1.    The Parties request voluntary dismissal pursuant to Fed. R. Civ. P.

14   41(a)(1)(A)(ii).

15       **IT IS SO STIPULATED**.

16   DATED: 05/28/2024                        **ENSO LAW, L.L.P.**

17

18                                           */s/ David R. Welch*

19                                           David R. Welch, Esq.
                                             Seungjai Oh, Esq.
20                                           **Attorneys for Plaintiff**
                                             SAFEWAY TAX RELIEF, INC.
21

22   DATED:                                  **LAW OFFICES OF**
23          5/14/24                           **PETER J. PORTER**

24

25                                           Peter J. Porter, Esq.
26                                           **Attorneys for Defendants**
                                             AMAR OTHMAN
27                                           AFJP SERVICES CORP.

28

**2**
**STIPULATION OF DISMISSAL**